ET AL., PETITIONERS, *v.* THE WABASH RAILROAD COMPANY ET AL. October 18, 1909. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Lawrence Maxwell, Mr. Murray Seasongood* and *Mr. John C. F. Gardner* for petitioners. *Mr. John G. Milburn, Mr. John H. Doyle, Mr. Rush Taggart* and *Mr. Judson Harmon* for respondents.

No. 608. JOHN J. BOLAND ET AL., PETITIONERS, *v.* THE STEAM VESSEL OCEANICA, ETC. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. George Clinton* for petitioners. *Mr. Thomas C. Burke* for respondent.

No. 610. DUDLEY O. WATSON ET AL., PETITIONERS, *v.* ERNEST H. GREENWOOD ET AL. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Edgar J. Pershing* for petitioners. *Mr. Joseph de F. Junkin, Mr. G. W. Pepper* and *Mr. W. B. Bodine, Jr.,* for respondents.

No. 616. THE NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, CLAIMANT, ETC., PETITIONER, *v.* THE STEAMSHIP CALDERON, ETC. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William S. Montgomery* for petitioner. *Mr. Harrington Putnam* for respondent.

No. 617. EDWARD CARDWELL, PETITIONER, *v.* THE UNITED STATES. October 18, 1909. Petition for a writ of certiorari